UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MAURO DOSOLINI, et al.,<br><br>    Defendants. | Case No. 13-cv-04785-MEJ<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 24 |

This matter is set for an initial case management conference on January 16, 2014. Dkt. No. 2. On January 10, 2014, the parties filed their Joint Case Management Statement. Dkt. No. 24. In the CMC Statement, Defendants indicate that they have recently retained new counsel and request a short continuance of the initial case management conference. *Id.* at 3.

Accordingly, the Court **CONTINUES** the initial case management conference to **February 27, 2014**, at 10:00 a.m. in Courtroom B. The parties shall file a joint case management conference statement no later than **February 20, 2014**.

**IT IS SO ORDERED.**

Dated: January 13, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge