# UNITED STATES DISTRICT COURT

__Northern__ District of __California, San Francisco Division__

FERNANDO ORTIZ

Plaintiff(s),

V.

MAURO DOSOLINI, dba Seahorse Restaurant

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __3:13-cv-04785-MEJ__

Notice is hereby given that, subject to approval by the court, __Mauro Dosolini, et.al.__ substitutes
(Party (s) Name)

__Gina DeVito__, State Bar No. __153647__ as counsel of record in
(Name of New Attorney)

place of __David Nied/Pacific American Law Group, Inc. PC__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __DeVito Law Group__

Address: __1505 Bridgeway, Suite 203__

Telephone: __(415) 729-9118__   Facsimile __(415) 729-9117__

E-Mail (Optional): __gina@devitolaw.com__

I consent to the above substitution.
Date: __1/15/2014__
(Signature of Party (s))

I consent to being substituted.
Date: __January 14, 2014__
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __January 14, 2014__
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __February 10, 2014__

Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]