DeVito Law Group
Gina M. DeVito, Esq. State Bar No. 153647
1505 Bridgeway, Suite 203
Sausalito, California 94965
415-729-9118 (phone)
415-729-9117 (fax)
gina@devitolaw.com

Attorneys for Defendants
MAURO DOSILINI, DBA SEAHORSE
RESTAURANT AND DOSILINI, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTIZ,<br><br>  Plaintiff,<br><br>vs.<br><br>DOSOLINI, et al.<br><br>  Defendant(s). | Case No. 3:13-CV-4785 MEJ<br><br>**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY FOR THE CASE MANAGEMENT CONFERENCE HEARING; AND ~~[PROPOSED]~~ ORDER**<br><br>Date: February 27, 2014<br>Time: 10:00 a.m.<br>Place: San Francisco, Courtroom B<br>        15th Floor<br>Judge: Hon. Maria – Elena James |

Defendant MAURO DOSOLINI, dba SEAHORSE RESTAURANT, and DOSOLINI, INC. (hereinafter collectively referred to as "Defendants") hereby request to appear telephonically for the Case Management Conference hearing set for February 27, 2014 at 10:00 a.m. in Courtroom B before the Hon. Maria–Elena James. If granted, Defendants counsel will be available on

-1-
REQUEST AND [PROPOSED] ORDER REGARDING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY
CASE NO:3:13-cv-04785 MEJ

1  February 27, 2014 at 10:00 a.m. at the following telephone number: (415) 729-9118 extension
2  301.                                              Respectfully submitted.
3                                                    **DEVITO LAW GROUP**
4
5  DATED: February 6, 2014          By:  _/s/ Gina DeVito_
                                         Gina DeVito
6                                        Attorneys for Defendants
                                         MAURO DOSOLINI, dba
7                                        SEAHORSE RESTAURANT AND
                                         DOSOLINI, INC.

-2-

ORDER

Defendants, MAURO DOSOLINI, dba SEAHORSE RESTAURANT, and DOSOLINI, INC. (hereinafter collectively referred to as "Defendants") has requested to appear telephonically for the Case Management Conference hearing set for February 27, 2014 at 10:00 a.m. in Courtroom B. Having taken this request under consideration,

IT IS HEREBY ORDERED that the Defendants' request to appear telephonically is [granted][denied]. Counsel for Defendants, Gina DeVito, will be contacted by telephone at the following number: (415) 729-9118 extension 301 on the scheduled date and time of the hearing for the Case Management Conference or as soon thereafter as the matter may be heard

DATED: February 10, 2014

_____
MARIA–ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28